UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FERNANDEZ BAZAN DE
MANSILLA,

Plaintiff,

-against-

CARMELA FUZCO and AGUSTINO FUZCO,

Defendants.

**ORDER**

25-CV-08610 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on October 17, 2025. (Doc. 1; Doc. 8). On November 24, 2025, Plaintiff filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendants on November 12, 2025 (Doc. 9). There has been no activity on the docket since the filing of the affidavits of service.

By January 30, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why she should not pursue default judgment against Defendants.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
December 30, 2025

_____
Philip M. Halpern
United States District Judge