UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FERNANDEZ BAZAN DE
MANSILLA,

Plaintiff,

-against-

CARMELA FUZCO and AGUSTINO FUZCO,

Defendants.

**ORDER**

25-CV-08610 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 30, 2026, Plaintiff filed a Proposed Order to Show Cause Without Emergency Relief why the Court should not enter a default judgment against Defendants ("Proposed OTSC"). (Doc. 19). The Court declines to sign the Proposed OTSC.

Under Local Rule 55.2(c), a party seeking a default judgment "must file a statement of damages, sworn or affirmed to by one or more people with personal knowledge, in support of the request, showing the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs." Although Plaintiff filed a declaration of Plaintiff's counsel (Doc. 20) and a proposed default judgment (Doc. 21) in support of the Proposed OTSC, these documents do not comply with the requirement to provide "a statement of damages, sworn or affirmed to by one or more people with *personal knowledge*, in support of the request."

Nor has Plaintiff complied with this Court's Individual Practices which also require, in addition to Local Rule 55.2 Statement of Damages, an affidavit from a party with personal knowledge of damages and the basis for each element of damages, including interest, attorney's fees, and costs, attaching exhibits as necessary to support the basis therefor; and a memorandum of law explaining how service of process was proper under the Federal Rules of Civil Procedure

1

and how the moving party's proof satisfies the burden of proof associated with the request. (*See* Individual Practices (rev. Jan. 6, 2025), Attachment A).

Accordingly, by **February 13, 2026**, Plaintiff shall supplement the previous filings to comply with the foregoing.

Upon appropriate supplementation of the motion papers, the Court will take Plaintiff's request for the entry of default judgment by order to show cause under advisement.

**SO ORDERED.**

Dated: White Plains, New York
February 3, 2026

_____
PHILIP M. HALPERN
United States District Judge

2