UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FERNANDEZ BAZAN DE
MANSILLA,

                    Plaintiff,

          -against-

CARMELA FUZCO and AGUSTINO FUZCO,

                    Defendants.

**ORDER**

25-CV-08610 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 30, 2026, Plaintiff filed a Proposed Order to Show Cause Without Emergency Relief why the Court should not enter a default judgment against Defendants ("Proposed OTSC"). (Doc. 19). The Court declined to sign the Proposed OTSC for failure to comply with Local Civil Rule 55.2(c), and the Court's Individual Practices. (Doc. 22). The Court directed Plaintiff to supplement the Proposed OTSC with a sworn statement of damages; the required affidavits from individuals with personal knowledge of damages and the basis for each element of damages, including attorneys' fees and costs; exhibits in support of the damages requested; and an appropriate memorandum of law. (*Id.*). On February 4, 2026, Plaintiff filed a letter which "seeks clarification as to what documents the Court has asked Plaintiff to supplement the record with" and attaching a memorandum of law. (Doc. 23). The Court endorsed that letter the same day, referring Plaintiff to the Court's detailed order dated February 3, 2026, and reiterated what documents were required to be filed to supplement the Proposed OTSC. (Doc. 24).

On February 11, 2026, Plaintiff filed an affidavit that appears almost identical to the attorney affirmation initially submitted in support of the Proposed OTSC. (Doc. 25). She attached a letter that is so pixelated that the Court is unable to determine what it purports to be. (Doc. 25-1). She also attached fourteen pages of photos of a phone displaying text messages primarily in

Spanish with no accompanying translation. (Doc. 25-2). No other documents were filed to support the Proposed OTSC or in compliance with Local Civil Rule 55.2(c) or the Court's Individual Practices.

The Court will grant Plaintiff one more opportunity to comply with the rules and supplement the Proposed OTSC with a sworn statement of damages; the required affidavits from individuals with personal knowledge of damages and the basis for each element of damages, including attorneys' fees and costs; and exhibits in support of the damages requested. Plaintiff shall file the foregoing by March 6, 2026. In the event Plaintiff appropriately supplements her filings to comply with the foregoing, the Court will take Plaintiff's request for the entry of default judgment by order to show cause under advisement. In the event Plaintiff does not appropriately supplement her filings, the Court will deem any request for damages waived, and proceed with the default application on liability only.

SO ORDERED.

Dated: White Plains, New York
February 17, 2026

_____
Philip M. Halpern
United States District Judge

2