UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FERNANDEZ BAZAN DE
MANSILLA,

                    Plaintiff,                                    **ORDER**

          -against-                                            25-CV-08610 (PMH)

CARMELA FUZCO and AGUSTINO FUZCO,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

On February 17, 2026, the Court granted Plaintiff "one more opportunity to comply with the rules and supplement" the motion for a default judgment by, among other things, filing "the required affidavits from individuals with personal knowledge of damages and the basis for each element of damages, *including attorneys' fees and costs; and exhibits in support of the damages requested*" by March 6, 2026. (Doc. 25 (emphasis added)). Plaintiff filed supplemental documents but did not include an attorney's affidavit of services setting forth the basis for the requested award of attorneys' fees and costs, an itemization of the services rendered, or any invoices and/or receipts to support the request. (*See* Docs. 28, 29).

In the event Plaintiff indeed seeks attorneys' fees in the amount of $30,000 and costs in the amount of $5,000 then she shall, by May 4, 2026, file and serve an attorney's affidavit itemizing the time and services rendered by each individual rendering services, and attach thereto copies of the contemporaneous time records, together with sufficient documentation of payment of the claimed costs. In addition to filing, Plaintiff is directed to serve on Defendants by overnight mail a copy of this Order and the supplemental attorney's affidavit with exhibits, and shall file proof of such service no later than May 11, 2026.

In the event Plaintiff does not file documents to support her requested attorneys' fees and costs in accordance with the foregoing by May 4, 2026, the Court will deem any request for attorneys' fees and costs waived.

SO ORDERED.

Dated:  White Plains, New York
        April 22, 2026

_____
Philip M. Halpern
United States District Judge